IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff
vs
ALICIA GONZALEZ
Defendant

CRIMINAL 13-0860CCC

## ORDER

Having considered the Motion to Vacate Trial (Re: U.S. Attorney has referred case for Pre-Trial Diversion Program) filed by defendant Alicia González on June 24, 2014 (**docket entry 27**), the same is GRANTED. Accordingly, the July 9, 2014 trial date is VACATED. The United States shall file a status report on defendant's referral to the PTD Program on or before AUGUST 1, 2014.

Defendant's Motion to Restrict filed on June 9, 2014 (**docket entry 24**) is GRANTED.

SO ORDERED.

At San Juan, Puerto Rico, on June 26, 2014.

S/CARMEN CONSUELO CEREZO
United States District Judge