IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| United States of America | * | |
| Plaintiff, | * | |
| | * | |
| V. | * | Cr. No. 13-860 (CCC) |
| | * | |
| Alicia González        (1) | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>INFORMATIVE MOTION</u>**

TO THE HONORABLE CARMEN C. CEREZO
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF PUERTO RICO

COMES NOW, **Wendy Moreno-Rodríguez**, U.S. Probation Officer of this Court, respectfully informing:

1.  On June 26, 2014, Your Honor ordered the AUSA to file a status report on the status of Ms. González Pretrial Diversion (PTD) referral.

2.  On July 7, 2014, coordination was made with the Pretrial Services Office in the Southern District of New York in order to request the pretrial diversion investigation, since the defendant resides in the aforementioned district.

3.  On August 6, 2014, the Pretrial Services Officer assigned to the investigation indicated that she was in the process of obtaining some documents and information in order to complete the PTD report.  According to her, the majority of the report is cpmpleted.

2

WHEREFORE, we are hereby providing information regarding the status on the referral for pretrial diversion (PTD) investigation, as ordered by the Court.

In San Juan, Puerto Rico, this 11th day of August 2014.


Respectfully submitted,


EUSTAQUIO BABILONIA, Chief

**s/ Wendy Moreno Rodríguez**

Wendy Moreno Rodríguez, U.S. Probation Officer
United States Probation Office
Federico Degetau Federal Office Building
150 Chardón Avenue, Rm. 400
Hato Rey, P.R.  00918
Telephone: (787) 281-1520
Fax: (787) 281-4940
E-mail: wendy_moreno@prp.uscourts.gov




<u>**CERTIFICATE OF SERVICE**</u>


I HEREBY CERTIFY that today, I electronically filed the foregoing with the Clerk of Court using  the  CM/ECF system, which  will send notification of such filing to the following:  AUSA Amanda Soto, and AFPD Joannie Plaza, Esq., In San Juan, Puerto Rico (August 11, 2014).

S/Wendy Moreno Rodríguez

Wendy Moreno Rodríguez, U.S. Probation Officer