IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff
vs
ALICIA GONZALEZ
Defendant

CRIMINAL 13-0860CCC

**ORDER**

The Informative Motion filed by U.S. Probation Officer Wendy Moreno-Rodríguez on August 11, 2014 (**docket entry 29**) is NOTED. A further status report on defendant's compliance with the PTD program requirements shall be filed by the United States on OCTOBER 17, 2014.

SO ORDERED.

At San Juan, Puerto Rico, on August 19, 2014.

S/CARMEN CONSUELO CEREZO
United States District Judge